Raghavendran Shankar

vs

Clear Street                                          No Jury Trial


Plaintiff

Raghavendran Shankar
662 N Milwaukee Ave Unit
Chicago IL 60642
425-465-1132


Defendant 1

## Aytan Benaderet
**Clear Street**

150 Greenwich St, New York, NY 10007
(646) 845-0036


Defendant 2

## Erin Person
## Clear Street
150 Greenwich St, New York, NY 10007
(646) 845-0036


Defendant 3

## Jad Abi-Samra
## Clear Street


Section 1981
- Discrimination
- Retaliation

I was terminated by Clear Street for engaging in business activity with Microsoft as an employee of Microsoft. As an employee of Microsoft I committed towards open and free competition without fraud and deceit. I was terminated by Aytan Benaderet for being an employee of Microsoft. I was not pursuing any business activity as an individual. I understood "individual" to mean "independent contractor".

I received a verbal agreement that the company would support my employment at Microsoft, which they failed to perform their duty on. I also communicated the existence of a disability that contributes to focus and attention problems and would need reasonable accommodations on exceptions to company policy such as the written agreement for engaging in business activity. I failed to get Clear Street to engage in all of its legal obligations. I held employment at Microsoft prior to joining Clear Street so I was looking for an exception for the employment at Microsoft due to disability symptoms of goal-directed-activity towards racial characteristics. The pursuit of employment at Clear Street arose out of the following racial characteristics

- **Tranquility, restraint, austerity, purity, patience, integrity, knowledge, wisdom, and belief in a hereafter—these are the intrinsic qualities of work for Brahmins.**
- **Humbleness; freedom from hypocrisy; non-violence; forgiveness; simplicity; service of the Guru; cleanliness of body and mind; steadfastness; and self-control; dispassion toward the objects of the senses; absence of egotism; keeping in mind the evils of birth, disease, old age, and death; non-attachment; absence of clinging to spouse, children, home, and so on; even-mindedness amidst desired and undesired events in life; constant and exclusive devotion toward Me; an inclination for solitary places and an aversion for mundane society; constancy in spiritual knowledge; and philosophical pursuit of the Absolute Truth—all these I declare to be knowledge, and what is contrary to it, I call ignorance.**
- **Fight for the sake of duty, treating alike happiness and distress, loss and gain, victory and defeat. Fulfilling your responsibility in this way, you will never incur sin.**
- **Those who neither rejoice in mundane pleasures nor despair in worldly sorrows, who neither lament for any loss nor hanker for any gain, who renounce both good and evil deeds, such persons who are full of devotion are very dear to Me.**
- **There is only duty, there are no rights.**
    - **https://www.swami-krishnananda.org/gita/gita_06.html**
- **Truth alone triumphs; not falsehood. Through truth, the divine path is spread out by which, The sages whose desires have been completely fulfilled, Reach where that supreme treasure of Truth resides.**

Due to belief that there are no rights and only duties I was pursuing my duties to be the following

Employee will serve as a Senior Distributed Systems Engineer with the Company and will have duties and responsibilities typically associated with such title, together with such other duties and responsibilities consistent with the position as reasonably assigned to Employee from time to time by Employee's direct supervisor. The Employee may be assigned to perform services for wholly owned entities or affiliates of the Company and such assignment will be consistent with the Employee's title, duties and responsibilities as mentioned above.
2.2. Employee will work remotely from his home, or such other locations as the Company may reasonably designate.
2.3. Employee's supervisor during the term hereof is Jad Abi-Samra, or as otherwise determined
by the Company from time to time.

Microsoft's best interests while pursuing moonlighting are to engage in open and free competition without fraud and deceit. I had communicated to the Chief People Officer and other employees about my employment at Microsoft and that I was on disability leave and working on fighting for duty/responsibility.

The nature of exclusivity of the contract was intended to be the performance of duties and devotion towards helping Clear Street engage in open and free competition without fraud and deceit. A verbal agreement was given by Clear Street that they would approve my business activities provided I didn't disclose any trade secrets.

Clear street took advantage of my situation and claimed I have no rights and harassed me to pay them back money. Company refused to allow amendments to the contract to support the special case of employment with Microsoft whose best interests are open and free competition without fraud and deceit.

Racial characteristic demonstrated is that everyone engaging in their duties enables people to have rights through the execution of duty.

Those who desire My eternal association precluding all else meditate on Me with exclusive devotion; those persons, I insure the uniting of their individual consciousness with the Ultimate Consciousness perpetually.

Signed,
Raghavendran Shankar
/s/Raghavendran Shankar