UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAGHAVENDRAN SHANKAR,

                Plaintiff,

-against-

CLEAR STREET, et al.,

                Defendants.

24-CV-1782 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff submitted this complaint by email on March 7, 2024. He had 21 days to submit the $405.00 in fees required to file a civil action in this court or ask that the fees be waived by submitting an application to proceed *in forma pauperis* ("IFP"). Plaintiff did not pay the fees or submit an IFP application. Accordingly, by order dated April 2, 2024, the Court directed Plaintiff, within 30 days, to submit an IFP application or pay the fees. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:  May 10, 2024
          New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge