UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAGHAVENDRAN SHANKAR,<br><br>                              Plaintiff,<br><br>          -against-<br><br>CLEAR STREET, et al.,<br><br>                              Defendants. | 24cv1782 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 10, 2024
         New York, New York

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge